UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Timothy C. Stanceu, Judge

| | |
|---|---|
| COLUMBIA ALUMINUM PRODUCTS, LLC, <br>     Plaintiff, <br> v. <br> UNITED STATES, <br>     Defendant, <br> and <br> ENDURA PRODUCTS, INC., <br>     Defendant-Intervenor. <br><br> ENDURA PRODUCTS, INC. <br>     Plaintiff, <br> v. <br> UNITED STATES, <br>     Defendant. <br> and <br> COLUMBIA ALUMINUM PRODUCTS, LLC, <br>     Defendant-Intervenor. | Consol. Court No. 1:19-cv-00185 |

**[PROPOSED] ORDER**

Upon consideration of the motion by Defendant-Intervenor Endura Product, Inc. to stay further proceedings in this action pending a final and conclusive resolution of all proceedings in *Columbia Aluminum Products, LLC v. United States*, No. 19-00013 (CIT, filed Jan. 18, 2019), and the response by Columbia Aluminum Products, LLC, it is hereby

ORDERED that Endura's motion is denied.

SO ORDERED.

                                                                  Hon. Timothy C. Stanceu, Judge

Dated: _____, 2023
      New York, New York