IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>      **Plaintiff,**<br><br>and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>      **Consolidated Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>      **Defendant,**<br><br>and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>      **Defendant-Intervenor,**<br><br>and<br><br>**COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>      **Consolidated Defendant-Intervenor.** | Before: Hon. Timothy C. Stanceu, Senior Judge<br><br>Consol. Court No. 19-00185 |

## MOTION TO WITHDRAW ENDURA PRODUCTS, INC. AS DEFENDANT-INTERVENOR

Endura Products, Inc. ("Endura") hereby moves to withdraw from the above-captioned proceeding as Defendant-Intervenor. Endura no longer has an interest in the current appeal. Therefore, we respectfully request that the Court grant this motion and permit Endura to withdraw as Defendant-Intervenor in this action.

**Consol. Ct. No. 19-00185**

Respectfully submitted,

*/s/ Robert E. DeFrancesco, III*
Robert E. DeFrancesco, III, Esq.
Elizabeth S. Lee, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Endura Products, Inc.*

Dated: February 21, 2023

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>　　　　**Consolidated Plaintiff,**<br><br>　　v.<br><br>**UNITED STATES,**<br><br>　　　　**Defendant,**<br><br>　　and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>　　　　**Defendant-Intervenor,**<br><br>　　and<br><br>**COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>　　　　**Consolidated Defendant-Intervenor.** | Before: Hon. Timothy C. Stanceu,<br>　　　　　Senior Judge<br><br>Consol. Court No. 19-00185 |

### **ORDER**

Upon consideration of the Motion to Withdraw Endura Products, Inc. ("Endura") as Defendant-Intervenor in this action, it is hereby

**ORDERED** that Endura's motion is granted; and it is further

**ORDERED** that Endura's position as Defendant-Intervenor is terminated.

**SO ORDERED.**

**Consol. Ct. No. 19-00185** 2

                                                                                                             _____  
                                                                                                             Hon. Timothy C. Stanceu, Judge

Dated: _____, 2023  
        New York, New York