IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>　　　　**Plaintiff,**<br><br>and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>　　　　**Consolidated Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>　　　　**Defendant,**<br><br>and<br><br>**ENDURA PRODUCTS, INC.,**<br><br>　　　　**Defendant-Intervenor,**<br><br>and<br><br>**COLUMBIA ALUMINUM PRODUCTS, LLC,**<br><br>　　　　**Consolidated Defendant-Intervenor.** | Before: Hon. Timothy C. Stanceu,<br>　　　　Senior Judge<br><br>Consol. Court No. 19-00185 |

**ORDER**

　　Upon consideration of the Motion to Withdraw Endura Products, Inc. ("Endura") as Defendant-Intervenor in this action, it is hereby

　　**ORDERED** that Endura's motion is granted; and it is further

　　**ORDERED** that Endura's position as Defendant-Intervenor is terminated.

Dated: March 14, 2023　　　　　　　　　　　　　　/s/  Timothy C. Stanceu
　　　New York, New York　　　　　　　　　　　Hon. Timothy C. Stanceu, Judge